■ In the Matter of ARIANNA L., a Child Alleged to be Abused.—Order unanimously reversed on the law without costs, petition reinstated and matter remitted to Erie County Family Court for further proceedings, in accordance with the following memorandum: Family Court erred in applying clear and convincing evidence as the standard of proof in this child protective proceeding. In a fact-finding hearing to determine whether a child is abused or neglected, petitioner has the burden of establishing abuse or neglect by a preponderance of the evidence *(Matter of Tammie Z.,* 66 NY2d 1; *Matter of Jacinta J.,* 140 AD2d 990, 991). Thus this matter must be remitted to Family Court for a determination according to the proper standard *(see,* Family Ct Act § 1046 [b]; [a] [ii]). (Appeal from order of Erie County Family Court, O'Donnell, J.—child abuse.) Present—Dillon, P. J., Callahan, Doerr, Denman and Lowery, JJ.

■ COUNTY OF MONROE, Respondent, v RAYTHEON COMPANY et al., Defendants, and JOHN B. PIKE & SON, INC., et al., Appellants.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Doerr, Denman and Lowery, JJ.